# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GREGORY T. TREIHART, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGECREST ACCEPTANCE CORPORATION dba DRIVETIME CAR SALES COMPANY,<br><br>Defendant. | Case No. 5:18-cv-02540-JGB-SPx<br><br>[Assigned to Hon. Jesus G. Bernal]<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Having considered the Joint Stipulation to Dismiss, and for good cause, the Court hereby dismisses the above-captioned action in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), *with prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the claims of the putative class members.

IT IS SO ORDERED.

Date: April 10, 2019

_____
Hon. Jesus G. Bernal
U.S. District Judge

Case No. 5:18-cv-02540-JGB-SP